■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK DeMARIA, Appellant. [983 NYS2d 835]—Appeal by the defendant from a judgment of the County Court, Westchester

County (Zambelli, J.), rendered May 22, 2012, convicting him of course of sexual conduct against a child in the second degree (three counts), sexual abuse in the first degree (two counts), and endangering the welfare of a child (four counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (see CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348-349 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (see *People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (see *People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (see *People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Leventhal, Hinds-Radix and Maltese, JJ., concur.